NVB 5009 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

JEWELL ESTELLE BRISENO

Debtor(s)

BK−18−10168−btb
CHAPTER 13

ORDER DISCHARGING TRUSTEE AND CLOSING OF DISMISSED CASE

The estate of the debtor(s) named below:

JEWELL ESTELLE BRISENO

having been Dismissed by Court Order,

**IT IS ORDERED** that:

RICK A. YARNALL

is discharged as trustee of the estate of the above named debtor(s) and the Bankruptcy is hereby closed.

Dated: 5/16/18

Mary A. Schott
Clerk of Court